DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FREDERICK BACHMAN,

Appellant,

v.

CITY OF CLEARWATER, A MUNICIPAL CORPORATION and
CLEARWATER COMMUNITY DEVELOPMENT CODE and
CLEARWATER COMMUNITY CODE ENFORCEMENT BOARD,

Appellee.

Case No.  2D20-3591

_____

September 17, 2021


Appeal from the Circuit Court for Pinellas County; Amy Williams, Judge.

James Schwartz of Clearwater, for Appellant.

Michael P. Fuino, Senior Assistant City Attorney, Clearwater, for Appellee.


PER CURIAM.

     Affirmed.

VILLANTI, BLACK, and STARGEL, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.